UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 04-443 (RHK)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>        Plaintiff,            )<br>                              )<br>vs.                           )<br>                              )<br>ARTHUR DALE SENTY-HAUGEN,     )<br>                              )<br>        Defendant.            )  | **ORDER GRANTING<br>EXTENSION OF TIME TO<br>FILE OBJECTIONS AND<br>POSITION PLEADINGS** |

This matter comes before the Court on a motion by Defendant, Arthur Dale Senty-Haugen, for an extension of time to file objections and proposed amendments to the pre-sentence report, and position pleadings. The Court finds good cause for an extension and accordingly grants Defendant's motion. It is hereby ordered:

1. Objections and proposed amendments to the presentence report shall be due on or before July 13, 2005.

2. Position pleadings, if any, shall be filed and served on or before July 20, 2005.

IT IS SO ORDERED.


Dated: 6/28/05                           s/Richard H. Kyle
                                          Judge Richard H. Kyle
                                          United States District Court