UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 04-443 (1) (RHK) |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| Arthur Dale Senty-Haugen, | |
| Defendant. | |

---

With respect to the August 25, 2005 sentencing hearing in the above matter, Defendant is directed to serve and file, no later than 4:00 p.m., Monday, August 22, 2005 (1) a list of witnesses and exhibits he intends to call or introduce, with a brief narrative description of the proposed testimony, together with a copy of each exhibit; and (2) a memorandum setting forth in detail the position with respect to sentencing issues.  The United States shall serve and file similar information  no later than 4:00 p.m. on Tuesday, August 23, 2005.

Dated: August 18, 2005

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge