# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal 04-443 (1) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Arthur Dale Senty-Haugen, | |
| Defendant. | |

_____

It appears that Defendant was released from the custody of the Bureau of Prisons on January 6, 2009; his Motion (Doc. No. 30) for early release ("to vacate his remaining sentence. . .") is **DENIED AS MOOT**.

Dated: January 13, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge