# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 04-443 (1) (RHK) |
| Plaintiff, | |
| vs. | **ORDER** |
| Arthur Dale Senty-Haugen, | |
| Defendant. | |

_____

Defendant's Motion for Amendments to the Sentencing Order Concerning the Standard, Special Conditions of Supervision, and the Schedule of Payments (Doc. No. 35) is **DENIED**.

Dated: August 21, 2009

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge